

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## NUMBER 13-11-00500-CV

CHARLES E. SMITH AND BETTY M. SMITH,
INDIVIDUALLY AND AS TRUSTEES FOR
THE SMITH FAMILY TRUST,                              Appellants,

v.

ARAMARK CORPORATION,                                 Appellee.

## NUMBER 13-11-00708-CV

CHARLES E. SMITH AND BETTY M. SMITH,
INDIVIDUALLY AND AS TRUSTEES FOR
THE SMITH FAMILY TRUST,                              Appellants,

v.

LONG ISLAND VILLAGE OWNER'S ASSOCIATION, INC.
F/K/A OUTDOOR RESORTS/SOUTH PADRE OWNER'S
ASSOCIATION, INC. AND PAST AND PRESENT BOARD
OF DIRECTORS OF LONG ISLAND OWNERS
ASSOCIATION, INC. F/K/A OUTDOOR RESORTS/SOUTH
PADRE OWNER'S ASSOCIATION, INC.,                     Appellees.

**On appeal from the 445th District Court
of Cameron County, Texas.**

# ORDER

**Before Chief Justice Valdez and Justices Garza and Perkes
Order Per Curiam**

The Court issued a memorandum opinion in these causes on July 11, 2013, dismissing these appeals. *See Smith v. Aramark Corp.*, 13-11-00500-CV & 13-11-00708-CV, 2013 WL 3568275 (Tex. App.—Corpus Christi July 11, 2013, no pet. h.). On September 13, 2013, this Court issued an order determining that appellants had timely filed a motion for rehearing, and we requested a response to the motion for rehearing from appellees. On September 25, 2013, appellees filed motions to vacate our order issued on September 13, 2013 and a conditional response to appellants' motion for rehearing. On October 8, 2013, appellants filed a motion seeking an extension of time to file a response to appellees' motions, which this court granted, and on November 13, 2013, appellants filed the response. On November 21, 2013, appellees filed a reply to appellants' response.

The Court, having examined and fully considered the record and the foregoing pleadings, is of the opinion that the following rulings should issue in this case. We DENY appellees' motions to vacate. We GRANT appellants' motions for rehearing, and we WITHDRAW the opinion and judgment previously issued in this cause. This appeal is subject to all applicable appellate deadlines. At the present time, appellees' brief is due within thirty days of the date of this order.

IT IS SO ORDERED.

PER CURIAM

J. Perkes, dissenting without separate order.

Delivered and filed the
24th day of January, 2014.